STATE OF CONNECTICUT *v.* JAMES HASKINS

The defendant's motion for a review of the trial court's denial of his request for a finding on the challenge to the jury array in the appeal from the Superior Court in New Haven County is granted by the court and the relief sought therein is denied.

*John R. Williams,* special public defender, in support of the motion.

Submitted July 11—decided July 19, 1978

UNIROYAL, INC. *v.* ZONING COMMISSION OF THE TOWN OF SOUTHBURY

The plaintiff's petition for certification for appeal from the Court of Common Pleas in the judicial district of Waterbury is denied by the court.

*James Wu,* in support of the petition.
*James H. W. Conklin II,* in opposition.

Submitted July 11—decided July 19, 1978

WILLIAM B. LEVINE *v.* ZONING BOARD OF APPEALS OF THE CITY OF STAMFORD ET AL.

The plaintiff's petition for certification for appeal from the Court of Common Pleas in Fairfield County at Stamford is denied by the court.

*Edgar P. DeVylder, Jr.,* in support of the petition.
*Edward J. Frattaroli,* assistant corporation counsel, in opposition.

Submitted July 11—decided July 19, 1978